**3pgs** UNITED LAW CENTER
John S. Sargetis, SBN: 80630
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000
Attorney for Debtor(s).

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| In Re:<br><br>THOMAS ALAN PERON<br>LAURA ANN PERON,<br><br>Debtor(s). | CASE NO.: 11-42200-B-7<br><br>DCN: JSS-1<br><br>MOTION TO COMPEL ABANDONMENT<br><br>DATE: October 25, 2011<br>TIME: 9:32 A.M.<br>CTRM: 32, 6th Floor<br>JUDGE: Thomas C. Holman<br><br>Robert T. Matsui U.S. Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

Debtor(s), THOMAS & LAURA PERON (hereinafter "DEBTOR"), by and through the attorney of record, JOHN S. SARGETIS, herein bring a Motion to Compel the Trustee to Abandon the Estate's interest in DEBTOR'S business pursuant to 11 U.S.C. § 554(a) and Bankruptcy Rule 6007.

### STATEMENT OF THE LAW

Upon commencement of a bankruptcy case, the court may order the Trustee to abandon property of the Estate that is burdensome to the Estate or of inconsequential value and benefit to the Estate. 11 U.S.C. § 554(b). Property in which the Estate has no equity is of inconsequential value and benefit. Vu v. Kendall, 245 B.R. 644 (B.A.P. 9th Cir. 2000).

1

# ARGUMENT

DEBTOR is sole proprietor of TOMCAT TRUMPETER'S (hereinafter "Business") which provides musical training and/or lessons to students. DEBTOR has operated the Business since 1988 and has no other employees. For the period of March 2011 to August 2011, the Business has managed a monthly gross income of approximately $4,470.17 with estimated monthly expenses of $996.61, providing a net monthly income of $3,473.56 (*A true and correct copy of the Business's Profit & Loss has been filed under separate cover as Exhibit "A," but incorporated herein for reference*).

The assets of DEBTOR'S Business are outlined as follows (*A true and correct copy of the filed Schedule B has been filed under separate cover as Exhibit "B," but incorporated herein for reference*):

(1) Flugele Horn (Eterna by Getzen), $50.00

(2) Yamaha SPX 90, $25.00

(3) Alesis Quadaverb, Digital Effects Processor, $25.00

(4) Klipsch Speakers (2x), $50.00 total

(5) Pevery M 4000, Amplifier, $50.00

(6) PSA Rack, $25.00

(7) Speaker Stands - Ultra (2x), $40.00 total

(8) Hamilton Music Stands (7x), $70.00 total

(9) Bach Trumpet (Stradivarius 37), fair condition $200

(10) Bach Trumpet (Stradivarius 37), good condition $300

(11) Bach Trumpet (Stradivarius 43), fair condition $400

(12) Yamaha Silent Brass, $30.00

(13) Jupiter Trumpet (Student model), $50.00

(14) JVC VCR, $10.00

(15) Office Chair (Norimex Fashion Ltd.), $10.00

(16) Turntable (Esoteric Sound RA-6), $75.00

(17) Tascam Digital/Casio Keyboard PS20, $500.00

1  (18) Yamaha Amplifier HFR 5740, $200.00

2  (19) Klipsch Speakers, ceiling mounts (4x), $200 total

3  (20) Digital Camera (Sony Cybershot DSC P32), $25.00

4  (21) Zoom Telecorder H4, $50.00

5  (22) Samsung 40" LCD T.V., $300

The above assets of the Business have been fully exempted in DEBTOR'S schedules; specifically, the have been exempted under C.C.P. § 703.140(b)(6) and C.C.P. § 703.140(b)(5) (*A true and correct copy of the filed Schedule C has been filed under separate cover as Exhibit "C," but incorporated herein for reference*). Further, the Business provides the DEBTOR with meaningful post-petition income and will provide the DEBTOR with a means to ensure they have a "fresh start" after the conclusion of the bankruptcy case.

WHEREFORE, THOMAS & LAURA PERON, now bring this Motion and pray for an Order compelling the Trustee to abandon the Business as an asset of the Estate.

DATED: 9/14/11                By: _____
                                  John S. Sargetis, Esq.
                                  UNITED LAW CENTER